1  BENJAMIN B. WAGNER
   United States Attorney
2  GLEN F. DORGAN (SBN 160502)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Petitioner United States of America

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) 1:10-cv-00700-AWI-GSA
                                      )
12 |         Petitioner,               ) **PETITIONER'S NOTICE OF**
                                      ) **COMPLIANCE AND REQUEST TO**
13 |    v.                             ) **TAKE ORDER TO SHOW CAUSE OFF**
                                      ) **CALENDAR; ORDER THEREON**
14 | RAYMOND ALFRED BOWDEN,           )
                                      ) Date:  July 16, 2010
15 |         Respondent.               ) Time:  9:30 a.m.
                                      ) Ctrm:  10, 6th Floor
16                                     )        (Honorable Gary S. Austin)
                                      )
17 | _____ )

18          TO THIS HONORABLE COURT:

19          PLEASE TAKE NOTICE that in Petitioner's view, Respondent has sufficiently complied

20 with the summons at issue in the above-captioned tax summons enforcement proceeding.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                         1

Accordingly, Petitioner United States of America requests that the Court close the case and take off calendar the Order to Show Cause hearing set for July 16, 2010 at 9:30 a.m., before Honorable Gary S. Austin.

Dated: July 14, 2010

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Glen F. Dorgan
GLEN F. DORGAN
Assistant U.S. Attorney
Attorneys for Petitioner
United States of America

**ORDER**

IT IS HEREBY ORDERED that the Order to Show Cause hearing set for July 16, 2010, at 9:30 a.m., before Magistrate Judge Gary S. Austin be **VACATED** and the Clerk of the Court is **DIRECTED** to close this case in its entirety.

IT IS SO ORDERED.

Dated: July 20, 2010

[signature]
CHIEF UNITED STATES DISTRICT JUDGE